

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00263-CV

The **ESTATE OF** Carolina M. **MUNIZ**, Michael Muniz, Sr., Gloria A. Gutierrez,
Jose Muniz, Jr., Gabriel Muniz, and Coleen Muniz,
Appellants

v.

**FORD MOTOR COMPANY**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 10-07-20143-CV
Honorable Camile G. Dubose, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.  It is ORDRED that appellee, Ford Motor Company, recover its costs of this appeal
from appellants.

SIGNED June 12, 2013.

_____
Catherine Stone, Chief Justice